# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DERRICK DIONTAY HARDEN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-153 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TOM GRAMIAK, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to prosecute and failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal,

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)